**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-6561**

TIMOTHY ROYAL KING,

Plaintiff - Appellant,

and

MICHAEL BLANKEY; DERICK WHITE; DAYVON D. PERSON; LARRY FULLER; TIMOTHY BOYD; CHRIS PEARSALL; JIMMY TINSLEY; RONALD BLAIR WINSTEAD; GREGORY PORTER; CORTNEY LEACH; MILTON L. LAWRENCE; JOHN MCNEILL; XAVIER KINNEY; IRVIN VASQUEZ; DONALD USEVICH,

Plaintiffs,

v.

ERIK A. HOOKS; W. DAVID GUICE; CYNTHIA THORNTON; MELANIE SHELTON; KENNETH LASSITER; BETTY BROWN; SUSAN ADDAMS,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, District Judge.  (5:17-ct-03043-FL)

Submitted:  January 25, 2022                    Decided:  February 7, 2022

Before AGEE, HARRIS, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

_____

Timothy Royal King, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Timothy Royal King appeals the district court's orders granting summary judgment on his civil rights complaint in which he raised claims under 42 U.S.C. § 1983, and the Religious Land Use and Institutionalized Persons Act of 2000, 42 U.S.C. §§ 2000cc to 2000cc-5.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  *King v. Hooks*, No. 5:17-ct-03043-FL (E.D.N.C. Mar. 31, 2020; Mar. 29, 2021).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
